AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

__EASTERN__        District of        __NEW YORK__

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
|---|---|
| V. | DISTRICT |
| Sai Keung Tin | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | 24 MJ 171 | |

## CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN

☐ Indictment    ☐ Information    ☑ Complaint    ☐ Other (specify)

charging a violation of    18 U.S.C. § 554

## DISTRICT OF OFFENSE

## DESCRIPTION OF CHARGES:

Smuggling of goods from the U.S.

## CURRENT BOND STATUS:

☐ Bail fixed at                    and conditions were not met
☑ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

Representation:    ☐ Retained Own Counsel    ☑ Federal Defender Organization    ☐ CJA Attorney    ☐ None

Interpreter Required?    ☐ No    ☑ Yes    Language: Cantonese

## DISTRICT OF  NEW YORK

### TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

2/26/24
Date

_(signature)_
United States Judge or Magistrate Judge

## RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |